IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOANNE DEPALO, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:21-cv-04779-LMM |
| BUFFALO WILD WINGS, INC. and BUFFALO WILD WINGS INTERNATIONAL, INC., | : : : : : | |
| Defendants. | : | |

## **ORDER**

After the Court conducted a hearing pursuant to *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982), IT IS ORDERED that the parties' Stipulation of Dismissal, Dkt. No. [49] is APPROVED. The Clerk is DIRECTED to DISMISS Plaintiff's Collective Action and Class Action Complaint WITHOUT PREJUDICE and close the case.

**IT IS SO ORDERED** this 9th day of November, 2023.

_____
**Leigh Martin May**
**United States District Judge**